UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEAN NEICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONNY YOUNGBLOOD, KERN COUNTY SHERIFF'S OFFICE, KERN COUNTY CHEIF MEDICAL ADMINISTRATOR, and KERN COUNTY CHEIF ADMINISTRATOR,<br><br>　　　　Defendants. | Case No. 1:21-cv-00905-JLT-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Doc. 11) |

Plaintiff, Robert Dean Neice, is proceeding pro se and *in forma pauperis* in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 15, 2023, the Magistrate Judge filed Findings and Recommendations, recommending the district court dismiss this action for Plaintiff's failure to comply with a court order and prosecute this action. (Doc. 11.) Specifically, the Plaintiff failed to keep the Court appraised of his current address. (*See generally id*.) Plaintiff failed to file any objections to the Findings and Recommendations and the time to do so has expired. *See* docket.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the

Findings and Recommendations to be supported by the record and by proper analysis.

ACCORDINGLY, it is ORDERED:

1. The Findings and Recommendation, filed on August 15, 2023 (Doc. 11), **ARE ADOPTED IN FULL**.

2. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against plaintiff.

IT IS SO ORDERED.

Dated:   **September 15, 2023**

UNITED STATES DISTRICT JUDGE